No. 01–1130.  ZARAGOZA ET UX. *v.* DAVIS ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 01–1131.  LIDMAN *v.* SMITH ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–1137.  BANDUSKY *v.* ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 01–1142.  GARDNER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–1147.  TAL TECHNOLOGIES, INC. *v.* CITY OF OKLAHOMA CITY.  Ct. Civ. App. Okla.  Certiorari denied.

No. 01–1148.  WOLF ET AL. *v.* COLEMAN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–1150.  LEON C. BAKER P. C. ET AL. *v.* MERRILL LYNCH, PIERCE, FENNER & SMITH INC.  Sup. Ct. Ala.  Certiorari denied.

No. 01–1151.  RICCITELLI *v.* GREEN MOUNTAIN POWER CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–1154.  REALTY ONE, INC. *v.* RE/MAX INTERNATIONAL, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 01–1162.  PHINNEY *v.* FIRST AMERICAN NATIONAL BANK ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–1163.  MOSER, ADMINISTRATRIX OF THE ESTATE OF MOSER, DECEASED *v.* FORD MOTOR CO.  C. A. 4th Cir.  Certiorari denied.

No. 01–1164.  PHANEUF *v.* GOVERNMENT OF INDONESIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–1166.  ATTORNEY GENERAL OF PENNSYLVANIA *v.* BLASI; and
No. 01–7621.  BLASI *v.* ATTORNEY GENERAL OF PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.